| | |
|---|---|
| 1 | Edward Vincent King, Jr. |
|   | KING & KELLEHER LLP |
| 2 | 20 California Street, 7th Floor |
|   | San Francisco, CA 94111 |
| 3 | Telephone: (415) 781-2888 |
|   | Facsimile: (415) 781-3011 |
| 4 | State Bar Number: 085726 |
| 5 | Attorney for Plaintiffs |
| 6 | Matthew Clark |
|   | HOOPER LUNDY & BOOKMAN, INC. |
| 7 | 180 Montogmery Street, Suite 1000 |
|   | San Francisco, CA  94104 |
| 8 | Telephone:  (415) 875-8500 |
|   | Facsimile:  (415) 875-8519 |
| 9 | State Bar Number:  224221 |
| 10 | Attorney for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PIU MANAGEMENT, LLC, BRENDA DRONKERS, and TERRY DILLENBERG,

    Plaintiffs,

v.

KEVIN AYRES, SHANNON AYRES, RICHARD A. "TRIP" SMITH, III, NATHAN B. ROBERTS, PIU CAROLINA, LLC, and JANE TIREY,

    Defendants.

Case No. 3:06-CV-04345-SC

**JOINT STIPULATION AND ORDER ACKNOWLEDGING WAIVER OF SERVICE AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

    Plaintiffs PIU Management, LLC, Brenda Dronkers, and Terry Dillenbery (collectively, "Plaintiffs") and Defendants Kevin Ayres, Shannon Ayres, Richard A. "Trip" Smith, III, Nathan B. Roberts, PIU Carolina, LLC, and Jane Tirey (collectively, "Defendants"), by their counsel, hereby stipulate the following:

1.  Plaintiffs, through their counsel, provided a true and correct copy of the Complaint in this Action to counsel for Defendants on July 18, 2006.

2.  Defendants, by their counsel, have waived service of process and have accepted service through their counsel.

3.  The date on which Defendants are obligated to answer or otherwise respond to the Complaint should be extended to September 18, 2006 (sixty-two days from the date on which Defendants' counsel received a copy of the Complaint).

Respectfully submitted,

KING & KELLEHER LLP

_____
Edward Vincent King, Jr.
State Bar Number: 085726

Of Counsel:

WILEY REIN & FIELDING LLP

James C. Rubinger
(*pro hac vice application pending*)
Benjamin B. Reed
(*pro hac vice application pending*)
1776 K Street NW
Washington, DC  20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

Attorneys for Plaintiffs PIU Management, LLC, Brenda Dronkers and Terry Dillenberg

August __, 2006

HOOPER LUNDY & BOOKMAN, INC

_____
Matthew Clark.
State Bar Number:  224221

Of Counsel:

WYATT, TARRANT & COMBS, LLP

Stephen R. Price, Sr.
500 West Jefferson Street
Louisville, Kentucky 40202-2898
Telephone: 502-562-7305
Facsimile: 502-589-0309

Attorneys for Defendants Kevin Ayres, Shannon Ayres, Richard A. "Trip" Smith, III, Nathan B. Roberts, PIU Carolina, LLC, and Jane Tirey

**IT IS SO ORDERED**
Judge Samuel Conti
(United States District Court, Northern District of California seal)