Edward Vincent King, Jr.
KING & KELLEHER LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
State Bar Number: 085726

Attorney for Plaintiffs

Matthew Clark
HOOPER LUNDY & BOOKMAN, INC.
180 Montgomery Street, Suite 1000
San Francisco, CA 94104
Telephone: (415) 875-8500
Facsimile: (415) 875-8519
State Bar Number: 224221

Attorney for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PIU MANAGEMENT, LLC, BRENDA DRONKERS, and TERRY DILLENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN AYRES, SHANNON AYRES, RICHARD A. "TRIP" SMITH, III, NATHAN B. ROBERTS, PIU CAROLINA, LLC, and JANE TIREY, <br><br> Defendants. | Case No. 3:06-CV-04345-SC <br><br> **STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1. Plaintiffs PIU Management, LLC, Brenda Dronkers, and Terry Dillenbery (collectively, "Plaintiffs") and Defendants Kevin Ayres, Shannon Ayres, Richard A. "Trip" Smith, III, Nathan B. Roberts, PIU Carolina, LLC, and Jane Tirey (collectively,

- 1 -
JOINT STIPULATION AND ORDER ACKNOWLEDGING WAIVER OF SERVICE AND
EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

1 "Defendants"), by their counsel, hereby stipulate that Defendants time answer or otherwise

2 respond to the Complaint be extended to October 2, 2006.

3                                                           Respectfully submitted,

4

5 KING & KELLEHER LLP                        HOOPER LUNDY & BOOKMAN, INC

6

7 _____                  _____
  Edward Vincent King, Jr.                    Matthew Clark.
8 State Bar Number: 085726                    State Bar Number: 224221

9 Of Counsel:                                 Of Counsel:

10 WILEY REIN & FIELDING LLP                  WYATT, TARRANT & COMBS, LLP

11 James C. Rubinger                          Stephen R. Price, Sr.
   (pro hac vice application pending)         500 West Jefferson Street
12 Benjamin B. Reed                           Louisville, Kentucky 40202-2898
   (pro hac vice application pending)         Telephone: 502-562-7305
13 1776 K Street NW                           Facsimile: 502-589-0309
   Washington, DC 20006
14 Telephone: (202) 719-7000                  Attorneys for Defendants Kevin Ayres,
   Facsimile: (202) 719-7049                  Shannon Ayres, Richard A. "Trip" Smith, III,
15                                            Nathan B. Roberts, PIU Carolina, LLC, and
   Attorneys for Plaintiffs PIU Management,   Jane Tirey
16 LLC, Brenda Dronkers and Terry Dillenberg

17 September 18, 2006

**IT IS SO ORDERED**
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

                                    - 2 -
       JOINT STIPULATION AND ORDER ACKNOWLEDGING WAIVER OF SERVICE AND
              EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT