1  Edward Vincent King, Jr. (State Bar No. 085726)
   KING & KELLEHER, LLP
2  20 California Street, 7th Floor
   San Francisco, CA 94111
3  Telephone: (415) 781-2888
   Facsimile: (415) 788-3011
4
   Attorney for Plaintiffs
5
   MATTHEW CLARK (State Bar No. 224221)
6  **HOOPER, LUNDY & BOOKMAN, INC.**
   180 Montgomery Street, Suite 1000
7  San Francisco, California 94104
   Telephone: (415) 875-8500
8  Facsimile: (415) 875-8519
   E-Mail:    mclark@health-law.com@health-law.com
9
   Attorneys for DEFENDANTS
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PIU MANAGEMENT, LLC, BRENDA DRONKERS, and TERRY DILLENBERG,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN AYRES, SHANNON AYRES, RICHARD A. "TRIP" SMITH, III, NATHAN B. ROBERTS, PIU CAROLINA, LLC, and JANE TIREY,<br><br>Defendants. | CASE NO. 3:06-CV-04345-SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME OF CASE MANAGEMENT CONFERENCE**<br><br>**Accompanying Paper:** Declaration of Matthew Clark in Support of Stipulation and Order to Change Time of Case Management Conference |

WHEREAS the court in the above-titled action by order dated July 17, 2006 ordered that the Case Management Conference be held November 17, 2006 and that the parties submit their Case Management Statements by November 13, 2006;

WHEREAS the parties have reached an agreement in substance and have only to finalize that agreement;

WHEREAS the parties anticipate finalizing that agreement by December of 2006;

WHEREAS the parties' counsel have consulted with the court's staff as to the availability of a later date for the Case Management Conference and were advised that the matter could be heard, if necessary, by Judge Conti on January 26th, 2007 at 10:00 a.m. in Department 1 in the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California;

THEREFORE the parties hereby stipulate to move the Case Management Conference date to January 26th, 2007 and the date for filing Case Management Statements to January 22, 2007, and request that the Court enter this stipulation as an order.

**IT IS SO STIPULATED**

DATED: November 10, 2006                HOOPER, LUNDY & BOOKMAN, INC.

By: _____
    MATTHEW CLARK
    Attorneys for Defendants

DATED: November 10, 2006                KING & KELLEHER LLP

By: _____
    EDWARD VINCENT KING, JR.
    Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November ___, 2006

By: _____
    Honorable Samuel Conti
    United States District Court Judge

HOOPER, LUNDY & BOOKMAN, INC.
180 MONTGOMERY STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
TEL: (415) 875-8500 • FAX: (415) 875-8519

2008201.1

1  WHEREAS the parties' counsel have consulted with the court's staff as to the availability
2  of a later date for the Case Management Conference and were advised that the matter could be
3  heard, if necessary, by Judge Conti on January 26th, 2007 at 10:00 a.m. in Department 1 in the
4  United States Courthouse, 450 Golden Gate Avenue, San Francisco, California;
5  THEREFORE the parties hereby stipulate to move the Case Management Conference date
6  to January 26th, 2007 and the date for filing Case Management Statements to January 22, 2007,
7  and request that the Court enter this stipulation as an order.
8  
9  IT IS SO STIPULATED
10 
11 DATED: November 10, 2006          HOOPER, LUNDY & BOOKMAN, INC.
12 
13                                   By: _____
14                                        MATTHEW CLARK
                                         Attorneys for Defendants
15 
16 DATED: November 10, 2006          KING & KELLEHER LLP
17 
18                                   By: _____
                                         EDWARD VINCENT KING, JR.
19                                       Attorneys for Plaintiffs
20 PURSUANT TO STIPULATION, IT IS SO ORDERED.
21 
22 DATED: November 14, 2006
23                                   By: _____
24                                   
                                     Honorable Samuel Conti
25                                   United States District Judge
26 
27 
28 

2008201.1

2
3:06-CV-04345-SC
Stipulation and [Proposed] Order to Change Time of Case Management Conference

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
SAN FRANCISCO, CALIFORNIA 94104
TEL: (415) 875-8500 • FAX: (415) 875-8519