Edward Vincent King, Jr.
KING & KELLEHER LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
State Bar Number: 085726

Attorney for Plaintiffs

Matthew Clark
HOOPER LUNDY & BOOKMAN, INC.
180 Montgomery Street, Suite 1000
San Francisco, CA 94104
Telephone: (415) 875-8500
Facsimile: (415) 875-8519
State Bar Number: 224221

Attorney for Defendants

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PIU MANAGEMENT, LLC, BRENDA DRONKERS, and TERRY DILLENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN AYRES, SHANNON AYRES, RICHARD A. "TRIP" SMITH, III, NATHAN B. ROBERTS, PIU CAROLINA, LLC, and JANE TIREY, <br><br> Defendants. | Case No. 3:06-CV-04345-SC <br><br> **THIRD STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br> **ORDER** |

1.  Plaintiffs PIU Management, LLC, Brenda Dronkers, and Terry Dillenbery (collectively, "Plaintiffs") and Defendants Kevin Ayres, Shannon Ayres, Richard A. "Trip" Smith, III, Nathan B. Roberts, PIU Carolina, LLC, and Jane Tirey (collectively,

- 1 -
THIRD JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND
TO COMPLAINT

"Defendants"), Plaintiffs, by their counsel, had previously stipulated that Defendants time answer or otherwise respond to the Complaint be extended to October 2, 2006.

2. On October 2, 2006, Plaintiffs, by their counsel, stipulated that Defendants time answer or otherwise respond to the Complaint be extended to November 6, 2006.

3. As the parties have reached a settlement in substance and only have to finalize said settlement in writing, the parties filed a Stipulation and [Proposed] Order To Change The Time Of The Case Management Conference from November 17, 2006 to January 26, 2007 and the Case Management Statement due dates from November 13, 2006 to January 22, 2007.

4. Plaintiffs, hereby, by their counsel, stipulate that Defendants time to answer or otherwise respond to the Complaint be extended to December 6, 2006 if the Stipulation and [Proposed] Order To Change The Time Of The Case Management Conference is granted, or alternatively, to November 13, 2006 if the Stipulation and [Proposed] Order To Change The Time Of The Case Management Conference is denied.

| | |
|---|---|
| | Respectfully submitted, |
| KING & KELLEHER LLP | HOOPER LUNDY & BOOKMAN, INC |
| _____<br>Edward Vincent King, Jr.<br>State Bar Number: 085726 | _/s/ Matthew Clark_____<br>Matthew Clark<br>State Bar Number: 224221 |
| Of Counsel: | Of Counsel: |
| WILEY REIN & FIELDING LLP | WYATT, TARRANT & COMBS, LLP |
| James C. Rubinger<br>(*pro hac vice*)<br>Benjamin B. Reed<br>(*pro hac vice*)<br>1776 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 719-7000<br>Facsimile: (202) 719-7049 | Stephen R. Price, Sr.<br>(*pro hac vice application will be filed*)<br>500 West Jefferson Street<br>Louisville, Kentucky 40202-2898<br>Telephone: 502-562-7305<br>Facsimile: 502-589-0309 |
| Attorneys for Plaintiffs PIU Management, LLC, Brenda Dronkers and Terry Dillenberg | Attorneys for Defendants Kevin Ayres, Shannon Ayres, Richard A. "Trip" Smith, III, Nathan B. Roberts, PIU Carolina, LLC, and Jane Tirey |

November 9, 2006

| | |
|---|---|
| | Respectfully submitted, |
| KING & KELLEHER LLP | HOOPER LUNDY & BOOKMAN, INC |
| *[signature]* | *[signature]* |
| Edward Vincent King, Jr. | Matthew Clark |
| State Bar Number: 085726 | State Bar Number: 224221 |
| Of Counsel: | Of Counsel: |
| WILEY REIN & FIELDING LLP | WYATT, TARRANT & COMBS, LLP |
| James C. Rubinger<br>(*pro hac vice*)<br>Benjamin B. Reed<br>(*pro hac vice*)<br>1776 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 719-7000<br>Facsimile: (202) 719-7049 | Stephen R. Price, Sr.<br>(*pro hac vice application will be filed*)<br>500 West Jefferson Street<br>Louisville, Kentucky 40202-2898<br>Telephone: 502-562-7305<br>Facsimile: 502-589-0309 |
| Attorneys for Plaintiffs PIU Management, LLC, Brenda Dronkers and Terry Dillenberg | Attorneys for Defendants Kevin Ayres, Shannon Ayres, Richard A. "Trip" Smith, III, Nathan B. Roberts, PIU Carolina, LLC, and Jane Tirey |

November 9, 2006

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti, 11/14/06]*