Edward Vincent King, Jr.
KING & KELLEHER LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
State Bar Number: 085726

Attorney for Plaintiffs

Matthew Clark
HOOPER LUNDY & BOOKMAN, INC.
180 Montgomery Street, Suite 1000
San Francisco, CA 94104
Telephone: (415) 875-8500
Facsimile: (415) 875-8519
State Bar Number: 224221

Attorney for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

PIU MANAGEMENT, LLC,
BRENDA DRONKERS, and TERRY
DILLENBERG,

        Plaintiffs,

        v.

KEVIN AYRES, SHANNON AYRES,
RICHARD A. "TRIP" SMITH, III,
NATHAN B. ROBERTS, PIU
CAROLINA, LLC, and JANE TIREY,

        Defendants.

Case No. 3:06-CV-04345-SC

**FOURTH STIPULATION
EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO
COMPLAINT**

1.     Plaintiffs PIU Management, LLC, Brenda Dronkers, and Terry Dillenbery

(collectively, "Plaintiffs") and Defendants Kevin Ayres, Shannon Ayres, Richard A. "Trip"

Smith, III, Nathan B. Roberts, PIU Carolina, LLC, and Jane Tirey (collectively,

"Defendants"), Plaintiffs, by their counsel, had previously stipulated that Defendants time answer or otherwise respond to the Complaint be extended to October 2, 2006.

2.      On October 2, 2006, Plaintiffs, by their counsel, stipulated that Defendants time answer or otherwise respond to the Complaint be extended to November 6, 2006.

3.      On or about November 6, 2006, Plaintiffs, by their counsel, stipulated that Defendants time answer or otherwise respond to the Complaint be extended to December 6, 2006.

3.      As the parties have reached a settlement in substance and only have to finalize said settlement in writing, Plaintiffs, hereby, by their counsel, stipulate that Defendants time to answer or otherwise respond to the Complaint be extended to January 6, 2007.

Respectfully submitted,

KING & KELLEHER LLP

HOOPER LUNDY & BOOKMAN, INC

_____
Edward Vincent King, Jr.
State Bar Number: 085726

_____
Matthew Clark.
State Bar Number:  224221

Of Counsel:

Of Counsel:

WILEY REIN & FIELDING LLP

WYATT, TARRANT & COMBS, LLP

James C. Rubinger
(*pro hac vice*)
Benjamin B. Reed
(*pro hac vice*)
1776 K Street NW
Washington, DC  20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

Stephen R. Price, Sr.
( *pro hac vice application will be filed*)
500 West Jefferson Street
Louisville, Kentucky 40202-2898
Telephone: 502-562-7305
Facsimile: 502-589-0309

Attorneys for Plaintiffs PIU Management, LLC, Brenda Dronkers and Terry Dillenberg

Attorneys for Defendants Kevin Ayres, Shannon Ayres, Richard A. "Trip" Smith, III, Nathan B. Roberts, PIU Carolina, LLC, and Jane Tirey

December 6, 2006

"Defendants"), Plaintiffs, by their counsel, had previously stipulated that Defendants time answer or otherwise respond to the Complaint be extended to October 2, 2006.

2.      On October 2, 2006, Plaintiffs, by their counsel, stipulated that Defendants time answer or otherwise respond to the Complaint be extended to November 6, 2006.

3.      On or about November 6, 2006, Plaintiffs, by their counsel, stipulated that Defendants time answer or otherwise respond to the Complaint be extended to December 6, 2006.

3.      As the parties have reached a settlement in substance and only have to finalize said settlement in writing, Plaintiffs, hereby, by their counsel, stipulate that Defendants time to answer or otherwise respond to the Complaint be extended to January 6, 2007.

Respectfully submitted,

KING & KELLEHER LLP

Edward Vincent King, Jr.
State Bar Number: 085726

Of Counsel:

WILEY REIN & FIELDING LLP

James C. Rubinger
(*pro hac vice*)
Benjamin B. Reed
(*pro hac vice*)
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

Attorneys for Plaintiffs PIU Management, LLC, Brenda Dronkers and Terry Dillenberg

December 6, 2006

HOOPER LUNDY & BOOKMAN, INC

Matthew Clark.
State Bar Number: 224221

Of Counsel:

WYATT, TARRANT & COMBS, LLP

Stephen R. Price, Sr.
(*pro hac vice application will be filed*)
500 West Jefferson Street
Louisville, Kentucky 40202-2898
Telephone: 502-562-7305
Facsimile: 502-589-0309

Attorneys for Defendants Kevin Ayres, Shannon Ayres, Richard A. "Trip" Smith, III, Nathan B. Roberts, PIU Carolina, LLC, and Jane Tirey

IT IS SO ORDERED
Judge Samuel Conti
12/8/06

200
861
6.1

-2-

FOURTH JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT