Edward Vincent King, Jr.
KING & KELLEHER LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
State Bar Number: 085726

Attorneys for Plaintiffs PIU Management, LLC,
Brenda Dronkers, and Terry Dillenburg

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PIU MANAGEMENT, LLC, BRENDA DRONKERS, and TERRY DILLENBURG, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN AYRES, SHANNON AYRES, RICHARD A. "TRIP" SMITH, III, NATHAN B. ROBERTS, PIU CAROLINA, LLC, and JANE TIREY, <br><br> Defendants. | Case No. 3:06-CV-04345-SC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 40(a)(1)(i)** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 40(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs PIU Management, LLC, Brenda Dronkers, and Terry Dillenburg voluntarily dismisses the above-captioned action with prejudice.

//

//

//

//

Respectfully submitted,

KING & KELLEHER LLP


_____/s/_____
Edward Vincent King, Jr.
State Bar Number: 085726

Of Counsel:

WILEY REIN & FIELDING LLP

James C. Rubinger
(*pro hac vice*)
Benjamin B. Reed
(*pro hac vice*
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

**IT IS SO ORDERED**
[Signature]
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs PIU Management, LLC, Brenda Dronkers and Terry Dillenberg

January 8, 2006